# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIRACLE FLIGHTS, A NEVADA
NONPROFIT CORPORATION,
          Appellant,

vs.

ANN MCGEE, A NEVADA RESIDENT,
          Respondent.

No. 83909

**FILED**

APR 27 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Timothy C. Williams, District Judge
      John Walter Boyer, Settlement Judge
      Christiansen Trial Lawyers
      Peterson Baker, PLLC
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-13409